NOT FOR PUBLICATION                          **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN G. MCKINNEY, )<br><br>Plaintiff, )<br><br>v. )<br><br>HERALD NEWS, BERGEN )<br>RECORD, NORTH JERSEY )<br>MEDIA GROUP, GOOGLE, )<br>HACKENSACK POLICE )<br>DEPARTMENT, and CONKLIN )<br>HOUSE OF BERGEN COUNTY, )<br><br>Defendants. ) | Civil Action No.: 08-3622<br><br>**ORDER** |

**LINARES**, District Judge.

This matter having come before the Court on Plaintiff's submission of a civil Complaint, and it appearing that:

1. Plaintiff did not prepay the $350.00 filing fee for a civil action as required by Local Civil Rule 54.3(a);

2. Plaintiff has not filed a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and that information required for screening Plaintiff's application is missing from his application—specifically, Plaintiff's submitted materials do not include the Account Certification Forms from his current place of confinement;

**IT IS THEREFORE** on this _30th_ day of July, 2008,

**ORDERED** that the Clerk of the Court shall administratively terminate this matter, but

-1-

Dockets.Justia.com

that this Court grants leave to reopen this matter if Plaintiff pays the filing fee or qualifies for in forma pauperis status; and it is further

**ORDERED** that, within 30 days of the date of entry of this Order, Plaintiff shall either remit the $350.00 filing fee or submit a completed and signed in forma pauperis application, including all pages with a signature; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff within seven (7) days.

Jose L. Linares
United States District Judge